# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| NOORAH BASHER,<br><br>Plaintiff,<br><br>vs.<br><br>LEXISNEXIS RISK SOLUTIONS, INC.,<br>Defendant. | Case No.: 1:24-cv-05967-SDG-JCF<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT LEXISNEXIS RISK SOLUTIONS, INC.** |

NOTICE IS HEREBY GIVEN that Plaintiff Noorah Basher and Defendant LexisNexis Risk Solutions, Inc ("LNRS"), have resolved the claims between them in this matter. The Parties are in the process of finalizing the terms and performance attendant to that resolution. The Parties anticipate completing that performance within the next forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter as there are no remaining Defendants. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Respectfully submitted this 12th day of September 2025.

By: */s/ Jenna Dakroub*
Jenna Dakroub, GA #385021
**CONSUMER JUSTICE LAW FIRM PLC**
260 Peachtree Street NW, Suite 2200

Atlanta, GA 30303
T: (602) 807-1525
F: (718) 715-1750
E: jdakroub@consumerjustice.com

**CONSUMER JUSTICE LAW FIRM PLC**
8095 N. 85th Way
Scottsdale, AZ 85258

*Attorneys for Plaintiff,*
*Noorah Basher*

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER JUSTICE LAW FIRM PLC**

By: */s/ Jenna Dakroub*