# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| NOORAH BASHER,<br><br>    Plaintiff,<br><br>vs.<br><br>LEXISNEXIS RISK SOLUTIONS INC.,<br><br>    Defendant. | Case No.: 1:24-cv-05967-SDG-AWH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT LEXISNEXIS RISK SOLUTIONS, INC.** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Noorah Basher and Defendant LexisNexis Risk Solutions Inc. ("Defendant" or "LexisNexis Risk"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant LexisNexis Risk, without additional attorneys' fees or cost, which have been considered in the parties Settlement and Release. The parties further request that the Court retain jurisdiction over this matter for the purpose of enforcement of the settlement pursuant to *Kokkonen v. Guardian Life*, 511 U.S. 374 (1994). There are no remaining defendants in this matter.

Respectfully submitted this 31st day of October 2025.

By: */s/ Jenna Dakroub*
Jenna Dakroub, GA #385021

**CONSUMER JUSTICE LAW FIRM PLC**
260 Peachtree Street NW, Suite 2200
Atlanta, GA 30303
T: (602) 807-1525
F: (718) 715-1750
E: jdakroub@consumerjustice.com

*Attorneys for Plaintiff,*
*Noorah Basher*

*/s/ Jacob A. Rodon*
Jacob A. Rodon GA #717500
**TROUTMAN PEPPER LOCKE LLP**
600 Peachtree Street, Suite 3000
Atlanta, Georgia 30308-2216
T: (404) 885-3000
F: (404) 885-3900
E: jake.rodon@troutman.com

*Attorneys for Defendant*
*LexisNexis Risk Solutions Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER JUSTICE LAW FIRM PLC**
By: */s/ Chloe Lopez*